No. —. IN RE PAYSOFF TINKOFF. May 3, 1937. The motion for leave to file complaint is denied.

No. —, original. EX PARTE JOHN BROWN. May 3, 1937. The motion for leave to file petition for writ of habeas corpus is denied.

No. 342. PETERSON *v.* UNITED STATES. May 3, 1937. The motion for leave to file petition for rehearing is granted. The petition for rehearing is denied.

No. 502. UNITED STATES SAVINGS BANK ET AL. *v.* MORGENTHAU, SECRETARY OF THE TREASURY, ET AL. May 3, 1937. The motion for leave to file petition for rehearing is granted. The petition for rehearing is denied.

No. 11, original. ARKANSAS *v.* TENNESSEE. May 17, 1937. The motion for the appointment of a Special Master is granted, and Monte M. Lemann, Esquire, of New Orleans, Louisiana, is appointed Special Master.